# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA RILEY<br><br>    **Plaintiff**<br><br>vs.<br><br>CITY OF NORWALK, NORWALK BOARD OF EDUCATION, NORWALK PUBLIC SCHOOLS DISTRICT<br><br>    **Defendants** | **CASE NO: 3:19-cv-01436-JCH**<br><br><br><br>**OCTOBER 11, 2019** |
| HOPE COLES<br><br>    **Plaintiff**<br><br>vs.<br><br>CITY OF NORWALK, NORWALK BOARD OF EDUCATION, NORWALK PUBLIC SCHOOLS DISTRICT<br><br>    **Defendants** | **CASE NO: 3:19-cv-01437-VAB**<br><br><br><br>**OCTOBER 11, 2019** |

## MOTION TO CONSOLIDATE

Pursuant to FRCP Rule 42(a) the Defendants (City of Norwalk, Norwalk Board of Education, Norwalk Public Schools District) in the above-captioned matters hereby move to consolidate them for the reasons as set forth below.

It is represented that both claims involve the relatively same issues and the same defendants. Both cases allege that the Defendants failed to pay the Plaintiffs Overtime Payments for which, they claim, they were entitled.

They differ, in fact, only in that they identify separate Plaintiffs who will present varying calculations for monies allegedly due but will be asserting claims under the same CBA, raising the same legal arguments and are presenting the same cause of action. Essentially, both Plaintiffs claim that they worked overtime hours for which they were not paid and are asserting identical claims to recover these amounts under the FLSA.

Accordingly, it is represented that both causes of action present common questions of both law and fact. It is represented that by consolidating these actions financial costs, expenditures of time and judicial resources can be preserved.

Finally, it is represented that all parties to these cases CONSENT to their consolidation.

WHEREFORE, the Defendants (and all parties) would request that these matters be consolidated into a single action.

THE DEFENDANTS,

CITY OF NORWALK, NORWALK BOARD OF EDUCATION, NORWALK PUBLIC SCHOOLS DISTRICT


_____/S/_____
By:  M. Jeffry Spahr
Deputy Corporation Counsel
Federal Bar No. CT05416
Office of Corporation Counsel
125 East Avenue, Room 237, PO Box 5125
Norwalk, CT  06856-5125
Email:  jspahr@norwalkct.org
Tel.:  (203) 854-7750
Fax:  (203) 854-7901


### CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [below list the names and addresses of anyone unable to accept electronic filing] as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Ryan Darrell Daugherty, Esq.
Daugherty Law Group, LLC
260 Madison Avenue, 8th Floor
New York, NY  10016
Email:  rdaugherty@daughertylawgroup.com

_____/S/_____
M. Jeffry Spahr

{00060547.DOCX 1}