UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA RILEY, on her own
behalf and on behalf of all those
similarly situated,

     Plaintiffs,                    CASE NO.: 3:19-cv-01436-JCH

vs.

CITY OF NORWALK, NORWALK
BOARD OF EDUCATION, and
NORWALK PUBLIC SCHOOLS
DISTRICT,

     Defendants.                 October 16, 2020

_____/

## NOTICE OF JOINT MOTION FOR APPROVAL
## OF THE SETTLEMENT, SERVICE PAYMENTS TO PLAINTIFFS, AND
## ATTORNEYS' FEES AND COSTS

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs'

Unopposed Motion for Approval of Settlement, Service Payments to Plaintiffs and

Attorneys' Fees and Costs, in the Declaration of Attorney Carlos Leach and

accompanying exhibits ("Leach Declaration"), and accompanying exhibit, Plaintiffs

respectfully request that the Court enter an Order granting approval of the

Settlement Agreement ("Settlement Agreement"), attached as Exhibit A to the Leach

Declaration.

*     *     *

 Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as

**Exhibit A**, for the Court's convenience.

Dated this 16th day of October, 2020.

> *s/ LOUIS MONTONE*
> Louis Montone, Esquire
> FBN: 112096
>
> CT Pro Hac Bar Number: phv10358
>
> THE LEACH FIRM, P.A.
> 631 S. Orlando Ave., Suite 300
> Winter Park, FL 32789
> Telephone: (407) 574-4999
> Facsimile: (833) 423-5864
> Email: lmontone@theleachfirm.com
> Email: maugello@theleachfirm.com
>
> *s/ Carlos V. Leach*
>
> Carlos V. Leach, Esq.
> Florida Bar No. 0540021
> CT Pro Hac Bar Number: phv10331
>
> THE LEACH LAW FIRM, P.A.
> 631 S. Orlando Ave., Suite 300
> Winter Park, Florida 32789
>
> Tel: 407-574-4999
> Fax: 833-423-5864
> Email: cleach@theleachfirm.com
> Email: yhernandez@theleachfirm.com
>
> *s/ Ryan Daugherty*
> Ryan Daugherty, Esq.
>
> Daugherty Law Group, LLC
>
> Bar No.: 439385
> 260 Madison Avenue, 8th Floor
> New York, NY, 10016
> Tel: 646-859-1674
> Email rdaugherty@daughertylawgroup.com
>
>
> *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of October, 2020, I served the foregoing on all counsel of records via email at JSPAHR@norwalkct.org, Sugarc@norwalkps.org and wholcomb@berchemmoses.com.

*s/ LOUIS MONTONE*
Louis Montone, Esquire